926

No. 79–6220. TATES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6231. MILLER v. UNITED STATES; and
No. 79–6238. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 608 F. 2d 1089.

No. 79–6263. RODRIGUEZ v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–6272. MAMBRETTI v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–6279. STANLEY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 78–6286. LAWSON, AKA CARR v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–6295. RIGGS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6313. GARRIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6317. ARMSTRONG v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–6329. BAUMANN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6340. DUNBAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6374. ANTONELLI v. TRIBUNE NEWSPAPER ET AL. C. A. 7th Cir. Certiorari denied.